# UNITED STATES BANKRUPTCY COURT
## District of New Mexico

In re: LINDA A. JIMENEZ,
        Debtor.                             No.

### Declarations by Debtor for Electronic Filing of Chapter 7 Petition with All Schedules and Statements

I declare under penalty of perjury that I have read the information and answers provided in the following documents and that they are true and correct to the best of my knowledge, information, and belief. I request relief in accordance with chapter 7 of title 11, United States Code, as specified in this petition. I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

1. Petition, Official Form 1, with Exhibit D - Individual Debtor's Statement of Compliance with Credit Counseling Requirement
2. Summary of Schedules with Statistical Summary of Certain Liabilities and Related Data (28 11 U.S.C. § 159), Official Form 6 - Summary and Statistical Summary
3. Schedule A - Real Property, Official Form B6A
4. Schedule B - Personal Property, Official Form B6B
5. Schedule C - Property Claimed as Exempt, Official Form B6C
6. Schedule D - Creditors Holding Secured Claims, Official Form B6D
7. Schedule E - Creditors Holding Unsecured Priority Claims, Official Form B6E
8. Schedule F - Creditors Holding Unsecured Nonpriority Claims, Official Form B6F
9. Schedule G - Executory Contracts and Unexpired Leases, Official Form B6G
10. Schedule H - Codebtors, Official Form B6H
11. Schedule I - Current Income of Individual Debtor(s), Official Form B6I, including specific statement on Line 17 disclosing any reasonably anticipated increase in income over the 12-month period following the date of the filing of the petition. (11 U. S. C. § 521 (a)(1)(B)(vi))
12. Schedule J - Current Expenditures of Individual Debtor(s), Official Form B6J, including specific statement on Line 19 disclosing any reasonably anticipated increase in expenditures over the 12-month period following the date of the filing of the petition. (11 U. S. C. § 521 (a)(1)(B)(vi))
13. Statement of Financial Affairs, Official Form 7
14. Statement of Current Monthly Income and Means Test Calculation, Form B22A

_/s/ Linda A. Jimenez_                            11/12/08
Linda A. Jimenez                                    Date

**USE OF THIS FORM IS REQUIRED BY COURT ORDER DATED OCTOBER 14, 2005**

NM Form 500-7 (10/2006)